UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | No. 24-cr-306 (CJN) |
| | : | |
| **JACK WESTLY RYAN,** | : | |
| | : | |
| **Defendant.** | : | |

GOVERNMENT'S OPPOSITION TO
DEFENDANT'S MOTION TO CONTINUE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully opposes Defendant Jack Ryan's Motion to Continue All Matters in this Case, ECF No. 19. No material change to the facts or law at issue in this case has occurred since the status conference on July 18, 2024, and the government remains prepared for trial on January 27, 2025. The Court should therefore deny the defendant's motion.

There is a public interest in the prompt and efficient administration of justice. The government and the Court have endeavored to deliver that interest. The government disagrees that a continuance is warranted here, and the Court should proceed as it would in any other prosecution. *See, e.g.*, *United States v. Avery*, No. 24-cr-79 (CRC), Nov. 6, 2024 Minute Order (denying continuance of sentencing hearing based on claim of potential clemency); *United States v. Fuller*, No. 23-cr-209 (CKK), Nov. 6, 2024 Minute Entry (denying motion to continue sentencing hearing based on claim of potential clemency); *United States v. Carnell, et al.*, No. 23-cr-139 (BAH), Nov. 6, 2024 Minute Order (denying motion to continue status conference based on claim of potential clemency); *United States v. Bosch*, No. 24-cr-210 (DLF), Nov. 7, 2024 Minute Order (denying motion to continue trial based on claim of potential clemency); *United States v. Lichnowski*, No. 23-cr-341 (RBW), Nov. 7, 2024 Minute Order (denying motion to continue sentencing hearing

based on claim of potential clemency); *United States v. Heffner*, No. 24-cr-260 (APM), Nov. 11, 2024 Minute Order (denying motion to stay proceedings based on claim of potential clemency); *United States v. Baker*, No. 24-cr-121 (CRC), Nov. 11, 2024 Minute Order (denying near identical motion to continue based on claim of potential clemency).

The defendant's citation to Special Counsel Jack Smith's motion to vacate a briefing schedule in the matter of *United States v. Trump*, No. 23-cr-257 (TSC), is inapposite. That motion refers to the "unprecedented circumstance" of a criminal defendant being "expected to be certified as President-elect on January 6, 2025, and inaugurated on January 20, 2025." *See id.*, ECF No. 278. The need to "determine the appropriate course going forward consistent with Department of Justice policy," *id.*, is not similarly implicated in this case, where the defendant is a private citizen.

At this time, the defendant's expectations of a pardon are mere speculation, and are not grounds to continue or further delay his trial. Indeed, "the potential future exercise of the discretionary pardon power, an Executive Branch authority, is irrelevant to the Court's obligation to carry out the legal responsibilities of the Judicial Branch." *United States v. Lichnowski*, 23-cr-341 (RBW), ECF No. 73 at 1.

For the foregoing reasons, the Court should deny the defendant's motion to continue and proceed with the trial scheduled for January 27, 2025.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: */s/ Melanie Krebs-Pilotti*
MELANIE KREBS-PILOTTI
Trial Attorney- Antitrust Division
Cal Bar No. 241484
U.S. Attorney's Office – D.C.
(202) 870-7457
Melanie.krebs-pilotti2@usdoj.gov

*/s/ Isia Jasiewicz*
MONIKA (ISIA) JASIEWICZ
Assistant United States Attorney
D.C. Bar No. 1024941
U.S. Attorney's Office – D.C.
(202) 714-6446
isia.jasiewicz@usdoj.gov

3