UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 24-cr-00306-CJN |
| ) | |
| JACK RYAN, ) | |
| ) | |
| Defendant ) | |

**DEFENDANT JACK RYAN'S <u>UNOPPOSED</u> MOTION TO CONTINUE TRIAL**

**FROM JANUARY 27 TO JANUARY 28, 2025**

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

1

NOW COMES Defendant Jack Ryan by and through his undersigned counsel of record, William L. Shipley, and respectfully files this Unopposed Motion to Continue Trial for one day – to January 28, 2025, at 1:30 pm -- due to counsel's inability to travel until January 27, 2025.

Currently, Defendant Ryan is set to begin trial before this Court on January 27, 2025.

Due to a prior calendar commitment, Undersigned Counsel is not able to travel on January 26, 2025, in order to be present to begin trial in this matter as currently set on January 27, 2025.  Undersigned counsel contacted Government counsel regarding a request to delay the start of trial by one day – to January 28, 2025 at 1:30 pm – and Government counsel does not oppose this request.  This matter will be a bench trial, and the anticipated duration is expected to not exceed two court days.

Undersigned counsel does have two conflicting matters on calendar in this District in the morning on January 28 – the rendering of a verdict at 10:00 a.m. in *United States v. Slaughter*, 22-cr-00354 (RCL), and a misdemeanor sentencing via video conference in *United States v. Lee*, 21-cr-00303 (ZRF).  Counsel is attempting to schedule those two matters back-to-back so that this matter to begin promptly after the lunch hour.  If not able to do that, counsel will attempt to reschedule one of the two matters for a different date.

Dated: January 14, 2025                    Respectfully Submitted,

_____
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*